IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10954
(Summary Calendar)

_____

BOBBY LEE COLEMAN,

Plaintiff-Appellant,

versus

MOORE, Officer, Dallas County Jail,

Defendant,

and

UNKNOWN NAMED DEFENDANTS DALLAS
COUNTY JAIL; V. L. SPARKS,
Dallas City Police Detective,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
(USDC No. 3:93-CV-63-P)
- - - - - - - - - -
April 9, 1996
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Bobby Lee Coleman appeals the district court's summary judgment for Defendant-Appellee V. L. Sparks in Coleman's civil rights suit. Even giving Coleman's brief liberal construction, we view his arguments as failing to raise any challenge to the dismissal of the suit as to the unserved and

_____

        Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

unidentified defendants.    Thus, any such challenge is deemed abandoned on appeal.   <u>See</u> <u>Eason v. Thaler</u>, 14 F.3d 8, 9 n.1 (5th Cir. 1994).

Coleman's arguments challenge the district court's conclusion that he failed to allege specifically such violations of his constitutional rights that would overcome Sparks' entitlement to qualified immunity.   We have carefully reviewed the record and the appellate arguments; and we detect no reversible error. Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Coleman v. Sparks</u>, No. 3:CV-93-0063-P(N.D. Tex. July 5, 1995).

AFFIRMED.